IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RONALD JARECKE, and JOETTA JARECKE, | 8:20CV122 |
|---|---|
| Plaintiffs, | |
| vs. | **ORDER** |
| C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

IT IS ORDERED that the motion to withdraw Richard B. North, Jr. as counsel, filed by Harrison Meyers, as counsel of record for Defendants, (Filing No. 18), is granted. Richard B. North, Jr. shall no longer receive electronic notice in this case.

Dated this 9th day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge