IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD JARECKE, and JOETTA JARECKE,<br><br>Plaintiffs,<br><br>vs.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | **8:20CV122**<br><br>**ORDER** |

1) The motion to withdraw filed by Christian T. Williams and David A. Domina, as counsel of record for Plaintiffs (Filing No. 20), is granted.

2) On or before June 3, 2020, Plaintiffs shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiffs' claims without further notice.

Dated this 13th day of May, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge