IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RONALD JARECKE, and JOETTA JARECKE,

Plaintiffs,

vs.

C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,

Defendants.

8:20CV122

ORDER

Plaintiffs' former counsel was granted leave to withdraw on May 13, 2020. (Filing No. 20). The order granting counsel's leave to withdraw gave Plaintiffs until June 3, 2020 to either a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a notice of intent to pursue this case without the assistance of counsel, Plaintiffs were also warned that failure to comply with the court's order may result in a dismissal of Plaintiff's claims without further notice. (Filing No. 21). The order was mailed to Plaintiffs. This mailing was not returned.

Plaintiffs failed to comply with the court's order.

Accordingly,

IT IS ORDERED:

1) Plaintiffs are is given until July 31, 2020 to show cause why the court should not dismiss Plaintiffs claims for want of prosecution and without further notice.

2)     The clerk shall mail a copy of this order to Plaintiffs at their address of record.

Dated this 6th day of July, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge