# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD JARECKE, and JOETTA JARECKE, | |
| Plaintiffs, | 8:20CV122 |
| vs. | ORDER |
| C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

Before the Court are the Findings and Recommendation of Magistrate Judge Cheryl R. Zwart, ECF No. 25, recommending that this case be dismissed for want of prosecution and without further notice. No objections have been filed. Under 28 U.S.C. § 636(b)(1). The Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 25, are adopted in their entirety; and
2. The above-captioned case is dismissed, without prejudice.

Dated this 25th day of August, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge